IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

BROWN COUNTY TAXPAYERS ASSOCIATION,

    Plaintiff,

v.                                            Case No. 22-cv-01171

JOSEPH R. BIDEN, JR., et al.

    Defendants.

## PLAINTIFF'S DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

    **Civil L. R. 7.1(a)(1):** Brown County Taxpayers Association

    **Civil L. R. 7.1(a)(2):** No party is a corporation

    **Civil L. R. 7.1(a)(3):** The law firm expected to appear for Plaintiff is the Wisconsin Institute for Law & Liberty, Inc.

Dated this 4th day of October, 2022.

                                          WISCONSIN INSTITUTE FOR
                                          LAW & LIBERTY, INC.

                                          s/ *Daniel P. Lennington*
                                          Richard M. Esenberg (WI Bar No. 1005622)
                                          Daniel P. Lennington (WI Bar No. 1088694)
                                          330 E. Kilbourn Avenue, Suite 725
                                          Milwaukee, WI 53202
                                          Telephone: (414) 727-9455
                                          Facsimile: (414) 727-6385
                                          Rick@will-law.org
                                          Dan@will-law.org