UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BROWN COUNTY TAXPAYERS ASSOCIATION,

    Plaintiff,

v.                                                    Case No. 1:22-CV-1171

JOSEPH BIDEN, JR, et al.

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Chris R. Larsen appears for the Defendants in the above-entitled action. Please direct all notices to Attorney Larsen at chris.larsen@usdoj.gov.

Respectfully submitted this 5th day of October, 2022.

                                      GREGORY J. HAANSTAD
                                      United States Attorney

By:    s/ *Chris R. Larsen*

                                       CHRIS R. LARSEN
                                       Assistant United States Attorney
                                       Wisconsin Bar No.1005336
                                       Office of the United States Attorney
                                       Eastern District of Wisconsin
                                       517 East Wisconsin Avenue, Room 530
                                       Milwaukee, WI 53202
                                       Telephone: (414) 297-1700
                                       Fax: (414) 297-4394
                                       chris.larsen@usdoj.gov