# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**BROWN COUNTY TAXPAYERS ASSOCIATION,**
                    Plaintiff(s),

v.                     **TELEPHONE CONFERENCE**
                    **RE:** [4] Motion for Temporary Restraining Order,
                    [5] Motion for Preliminary Injunction

                    Case No. 22-C-1171

**JOSEPH BIDEN, JR., et al.,**
                      Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding      Time Called: 09:59 a.m.
Proceeding Held: October 5, 2022      Time Concluded: 10:23 a.m.
Deputy Clerk: Mara      Tape: 100522

**Appearances:**

    **Plaintiff(s):**    Daniel Lennington

    **Defendant(s):**    Robert Charles Merritt

---

The Court inquires as to any time restraints.
Mr. Lennington states Defendants announced that student loan forgiveness will begin on October 17 deadline for loan forgiveness. Mr. Lennington is requesting a TRO to put a pause on the loan forgiveness program to allow time for the Court to rule on the motion for preliminary injunction. If the Court is not inclined to grant the motion for TRO, Plaintiff requests the motion for preliminary injunction to also be denied to allow Plaintiff to appeal the decision.
Mr. Merritt discusses Defendants' position as to the student loan forgiveness program as well as similar case law.
Mr. Merritt states there is no irreparable harm present and discusses the amount of loan forgiveness.
Mr. Merritt discusses the loan cancellations based on income amount and does not believe there is a need for a temporary restraining order or preliminary injunction. Mr. Merritt requests the Court to set a briefing schedule.
The Court inquires as to the similar cases previously mentioned by Mr. Merritt.
The Court also inquires as to the merit of Plaintiff's claim. Mr. Lennington responds and addresses the spending authority of the executive branch.
The Court and parties discuss what would happen if new administration were to collect the loans following the loan forgiveness and discuss irreparable harm.

**The Court will take the motion for TRO and motion for preliminary injunction under advisement.**
The Court anticipates entering a decision on the motions by the end of this week or early next week.