# United States District Court

EASTERN DISTRICT OF WISCONSIN

BROWN COUNTY TAXPAYERS
ASSOCIATION,

        Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**
Case No. 22-CV-1171

PRESIDENT JOSEPH R. BIDEN, JR., et al.,

        Defendants.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff takes nothing, and this case is DISMISSED for lack of standing.

                                    Approved:  s/ William C. Griesbach
                                                    WILLIAM C. GRIESBACH
                                                    United States District Judge

Dated:  October 6, 2022

                                                      GINA M. COLLETTI
                                                      Clerk of Court

                                                      s/ L. Hanson
                                                      (By) Deputy Clerk