IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

BROWN COUNTY TAXPAYERS ASSOCIATION,

    Plaintiff,

    v.                                                             Case No. 22cv1171

JOSEPH R. BIDEN, JR., *et al.,*

    Defendants.

---

## NOTICE OF APPEAL

---

As provided by 28 U.S.C. § 1291, Plaintiff Brown County Taxpayers Association hereby appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's Judgment (Doc. 13) entered October 6, 2022, dismissing the case for the reasons set forth in the Decision and Order (Doc. 12).

The counsel of record for the Plaintiff on appeal will be Richard Esenberg. Daniel Lennington will also be serving as appellate counsel.

Dated: October 7, 2022      WISCONSIN INSTITUTE FOR LAW & LIBERTY
                            Attorneys for Plaintiff

                            Rick Esenberg
                            *rick@will-law.org*

                            */s/ Daniel P. Lennington*
                            Daniel P. Lennington
                            *dan@will-law.org*
                            330 E. Kilbourn Ave., Suite 725
                            Milwaukee, WI 53202-3141
                            PHONE: 414-727-9455
                            FAX: 414-727-6385