# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 12, 2022

Before
FRANK H. EASTERBROOK, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| No. 22-2794 | BROWN COUNTY TAXPAYERS ASSOCIATION, <br> Plaintiff - Appellant <br><br> v. <br><br> JOSEPH R. BIDEN, JR., et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:22-cv-01171-WCG <br> Eastern District of Wisconsin <br> District Judge William C. Griesbach | |

Upon consideration of the **EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL,** filed on October 11, 2022, by counsel for the appellant,

**IT IS ORDERED** that the motion for an injunction pending appeal is **DENIED**.

form name: **c7_Order_3J**    (form ID: **177**)