# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 7, 2022

To: Gina M. Colletti
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
125 S. Jefferson Street
Green Bay, WI 54301-4541

| No. 22-2794 | BROWN COUNTY TAXPAYERS ASSOCIATION,<br>  Plaintiff - Appellant<br><br>v.<br><br>JOSEPH R. BIDEN, JR., et al.,<br>  Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-01171-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                               F.R.A.P. 42(b)

STATUS OF THE RECORD:                            no record to be returned

form name: **c7_Mandate**   (form ID: **135**)